| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, on behalf of its BELLEVUE HOSPITAL CENTER, COLER MEMORIAL HOSPITAL, ELMHURST HOSPITAL CENTER, GOLDWATER MEMORIAL HOSPITAL, HARLEM HOSPITAL CENTER, JACOBI MEDICAL CENTER, KINGS COUNTY HOSPITAL CENTER, LINCOLN MEDICAL AND MENTAL HEALTH CENTER, METROPOLITAN HOSPITAL CENTER, NORTH CENTRAL BRONX HOSPITAL, QUEENS HOSPITAL CENTER, and WOODHULL MEDICAL AND MENTAL HEALTH CENTER,<br><br>     Plaintiffs,<br><br>     v.<br><br>SYLVIA MATHEWS BURWELL, as Secretary of the United States Department of Health and Human Services,<br><br>     Defendant. | 15 Civ. 00662 (WHP) |

   PLEASE TAKE NOTICE that upon the accompanying memorandum of law, and the administrative record, defendant Sylvia Mathews Burwell, Secretary of the United States Department of Health and Human Services, by her attorney Preet Bharara, United States Attorney for the Southern District of New York, hereby moves this Court, before the Honorable William H. Pauley, United States District Judge, in the United States Courthouse, 500 Pearl Street, New York, New York, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Dated: New York, New York
June 5, 2015

                                PREET BHARARA
United States Attorney for the
Southern District of New York
*Attorney for Defendant*

By:    */s/ Jessica Jean Hu*
        JESSICA JEAN HU
        Assistant United States Attorney
        86 Chambers Street
        New York, New York 10007
        T: (212) 637-2726
        F: (212) 637-2717
        E-mail: jessica.hu@usdoj.gov