UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

— — — — — — — — — — — — — — — x

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION, on behalf of its BELLEVUE
HOSPITAL CENTER, et al.,

          Plaintiff,

v.

SYLVIA MATHEWS BURWELL, as Secretary of the
United States Department of Health and Human
Services,

          Defendant.

— — — — — — — — — — — — — — — x

15-cv-00662-WHP

PLAINTIFF'S
NOTICE OF MOTION
FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE, pursuant to the Court's Scheduling Order dated May 8, 2015, that upon the annexed Declaration of Joseph V. Willey, made on June 5, 2015, and the exhibits thereto, and the accompanying Memorandum of Law, dated June 5, 2015, and upon all of the prior papers and proceedings herein, including the Certified Administrative Record, the undersigned will move this Court before the Honorable William H. Pauley III, at the United States Courthouse, 500 Pearl Street, New York, New York, at noon on September 10, 2015, for an Order, pursuant to Fed. R. Civ. P. 56, granting summary judgment for the plaintiff on the Complaint and each cause of action therein, and awarding such other and further relief as is just and proper.

Dated: New York, New York
       June 5, 2015

                                       KATTEN MUCHIN ROSENMAN LLP

                                       By: */s/ Joseph V. Willey*
                                             Joseph V. Willey (JW-8409)

                                      575 Madison Avenue
                                      New York, NY 10022-2585
                                      (212) 940-7087
                                      joseph.willey@kattenlaw.com

                                      Attorneys for Plaintiff